Terrace Ellis
1617 Foxworthy Avenue
San Jose, CA  95118
408-621-6210

Plaintiff

FILED
AUG 0 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

TERRACE ELLIS,

    Plaintiff,

FRANKLIN COLLECTION
SERVICE INC., ET AL

    Defendants.

Case No. C14-02833   **HRL**

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

## REQUEST TO CLERK FOR ENTRY OF DEFAULT
## AS TO DAN FRANKLIN, CEO FRANKLIN COLLECTION SERVICE, INC.

Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default for the Plaintiff against Dan Franklin, Defendant, for failure of said Defendant to plead or otherwise defend. Said failure of Defendant to plead or otherwise defend is set forth in the declaration immediately following this Request.

RESPECTFULLY SUBMITTED,

DATED: August 5, 2014

By: _____ Terrace Ellis

-1-

REQUEST FOR ENTRY OF DEFAULT JUDGMENT