Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com

Attorneys for Defendants FRANKLIN COLLECTION SERVICE, INC.; DAN FRANKLIN; AND CHRISTOPHER BROWNLEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKLIN COLLECTION SERVICE, INC., DAN FRANKLIN; CHRISTOPHER BROWNLEE; DOES 1-20,<br><br>    Defendants. | Case No.: CV 14-02833 BLF<br><br>DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES |

DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Defendants FRANKLIN COLLECTION SERVICE, INC.; DAN FRANKLIN; AND CHRISTOPHER BROWNLEE, certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. FRANKLIN COLLECTION SERVICE, INC, Defendant
2. DAN FRANKLIN, Defendant
3. CHRISTOPHER BROWNLEE, Defendant

Dated: August 13, 2014

                        ELLIS LAW GROUP, LLP

                        By  */s/ Andrew M. Steinheimer*
                            Andrew M. Steinheimer
                            Attorney for Defendants
                            FRANKLIN COLLECTION SERVICE, INC.; DAN FRANKLIN; AND CHRISTOPHER BROWNLEE

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

**CERTIFICATE OF SERVICE**

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On August 13, 2014, I served the following document(s) on the parties in the within action:

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Terrace Ellis<br>1617 Foxworthy Avenue<br>San Jose, CA 95118 | Pro Per Plainriff |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 13, 2014.

By _____
Jennifer Mueller